1   DANIEL B. ASIMOW (Bar No. 165661)                J. SCOTT DONALD (Bar No. 158338)
    daniel.asimow@arnoldporter.com                   scottd@sdnlaw.com
2   **ARNOLD & PORTER KAYE SCHOLER LLP**             **SPINELLI, DONALD & NOTT**
    Three Embarcadero Center, 10th Floor             300 University Avenue, Suite 100
3   San Francisco, CA 94111-4024                     Sacramento, CA 95825
    Telephone:    415.471.3100                       Telephone:  916.448.7888
4   Facsimile:    415.471.3400                       Facsimile:  916.488.6888

5   C. SCOTT LENT (*pro hac vice forthcoming*)
    scott.lent@arnoldporter.com
6   OMAR DEBS (*pro hac vice forthcoming*)
    omar.debs@arnoldporter.com
7   ESTHER SOHN (*pro hac vice forthcoming*)
    esther.sohn@arnoldporter.com
8   **ARNOLD & PORTER KAYE SCHOLER LLP**
    250 W 55th Street
9   New York, NY  10019
    Telephone:    212.836.8000
10  Facsimile:    212.836.8689
    Attorneys for Defendants CALIFORNIA
11  INTERSCHOLASTIC FEDERATION and the 10
    CIF Sections
12
    [Additional Counsel on Signature Page]
13

14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18  DOMINIK CALHOUN, on behalf of himself and      Case No.: 3:25-cv-4603-LB
    all others similarly situated;
19                                                   **STIPULATION AND [PROPOSED]
                                                     ORDER FOR EXTENSION OF TIME
20                   Plaintiff,                      FOR DEFENDANTS TO RESPOND
                                                     TO COMPLAINT, BRIEFING
21                                                   SCHEDULE AND PAGE LIMITS
                                                     PURSUANT TO CIVIL LOCAL
22          vs.                                      RULES 6-1(B) AND 6-2**

23  CALIFORNIA INTERSCHOLASTIC
    FEDERATION; CENTRAL SECTION OF
24  CALIFORNIA INTERSCHOLASTIC
    FEDERATION; CENTRAL COAST
25  SECTION, CALIFORNIA
    INTERSCHOLASTIC FEDERATION; CIF
26  LOS ANGELES CITY SECTION; NORTH

27  ────────────────────────────────────────────────────────────────
    STIPULATION FOR EXTENSION OF TIME                    CASE NO. 3:25-CV-4603-LB
28

COAST SECTION OF THE CALIFORNIA
INTERSCHOLASTIC FEDERATION;
NORTHERN SECTION CALIFORNIA
INTERSCHOLASTIC FEDERATION;
OAKLAND ATHLETIC LEAGUE, CIF
OAKLAND SECTION; CALIFORNIA
INTERSCHOLASTIC FEDERATION-SAC
JOAQUIN SECTION; CALIFORNIA
INTERSCHOLASTIC FEDERATION, SAN
DIEGO SECTION; CALIFORNIA
INTERSCHOLASTIC FEDERATION SAN
FRANCISCO CITY SECTION, CALIFORNIA
INTERSCHOLASTIC FEDERATION
SOUTHERN SECTION, all California non-profit
corporations; 2080 MEDIA, INC.; HUDDLE
TICKETS, LLC; NFHS NETWORK, LLC;
MAXPREPS, INC.; VNN, INC.; PLAYFLY,
LLC, SBLIVE SPORTS, INC., and
SPECTRUM SPORTSNET, LLC, all Delaware
for-profit corporations;

        Defendants.

Plaintiff Dominik Calhoun ("Plaintiff") and Defendants California Interscholastic Federation, Central Section of California Interscholastic Federation, Central Coast Section, California Interscholastic Federation, CIF Los Angeles City Section, North Coast Section of the California Interscholastic Federation, Northern Section California Interscholastic Federation, Oakland Athletic League, CIF Oakland Section, California Interscholastic Federation-Sac Joaquin Section, California Interscholastic Federation, San Diego Section, California Interscholastic Federation San Francisco City Section, California Interscholastic Federation Southern Section, 2080 Media, Inc., Huddle Tickets, LLC, NFHS Network, LLC, MaxPreps, Inc., VNN, Inc., Playfly, LLC, SBLive Sports, Inc., and Spectrum SportsNet, LLC ("Defendants" and, together with Plaintiff, the "Parties"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this

STIPULATION FOR EXTENSION OF TIME          CASE NO. 3:25-CV-4603-LB

action, enter into this Stipulation pursuant to Civil Local Rules 6-1(b) and 6-2 with reference to the following circumstances:

WHEREAS, Plaintiff filed the Complaint on May 30, 2025 (ECF No. 1);

WHEREAS, Plaintiff filed waivers of service and/or executed summonses for each Defendant (ECF Nos. 8-9, 12–18);

WHEREAS, Defendants currently have varying response dates;

WHEREAS, the Parties desire to agree on a uniform response date for all Defendants, as well as a briefing schedule and page limits with respect to Defendants' anticipated motions to dismiss;

WHEREAS, the Parties agree that nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or in equity, other than as to the timeliness of Defendants' responses to the Complaint, and that all Parties expressly reserve and do not waive all other arguments or defenses that any Party would otherwise have as of the date of this Stipulation;

WHEREAS, there have been no prior time modifications in this case and it is not anticipated this time modification will have any effect on the schedule for the case;

IT IS HEREBY STIPULATED, subject to approval of the Court, as follows:

1.    Defendants' deadline to move to dismiss or otherwise respond to the Complaint is August 25, 2025.

2.    In the event Defendants file a motion under Paragraph 1, Plaintiff's deadline to respond to any such motion is September 25, 2025, and Defendants' deadline to reply is October 17, 2025.

3.    Defendants may file one or more motions to dismiss under Rule 12, subject to a total page limit of 75 pages (excluding caption, notices, tables, and signature pages).  Plaintiff's opposition brief or briefs are limited to 75 pages (excluding caption, notices, tables, and

signature pages), and Defendants' reply or replies are limited to 35 pages (excluding caption, notices, tables, and signature pages).

Dated:  July 29, 2025

ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/ *Daniel B. Asimow*
Daniel B. Asimow

DANIEL B. ASIMOW (Bar No. 165661)
daniel.asimow@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

C. SCOTT LENT (*pro hac vice forthcoming*)
scott.lent@arnoldporter.com
OMAR DEBS (*pro hac vice forthcoming*)
omar.debs@arnoldporter.com
ESTHER SOHN (*pro hac vice forthcoming*)
esther.sohn@arnoldporter.com
250 W 55th Street
New York, NY  10019
Telephone: 212.836.8000
Facsimile: 212.836.8689

*Attorneys for Defendants CALIFORNIA INTERSCHOLASTIC FEDERATION, CENTRAL SECTION OF CALIFORNIA INTERSCHOLASTIC FEDERATION, CENTRAL COAST SECTION, CALIFORNIA INTERSCHOLASTIC FEDERATION, CIF LOS ANGELES CITY SECTION, NORTH COAST SECTION OF THE CALIFORNIA INTERSCHOLASTIC FEDERATION, NORTHERN SECTION CALIFORNIA INTERSCHOLASTIC FEDERATION, OAKLAND ATHLETIC LEAGUE, CIF OAKLAND SECTION, CALIFORNIA INTERSCHOLASTIC FEDERATION-SAC JOAQUIN SECTION, CALIFORNIA INTERSCHOLASTIC FEDERATION, SAN DIEGO SECTION, CALIFORNIA INTERSCHOLASTIC FEDERATION SAN FRANCISCO CITY SECTION, and CALIFORNIA INTERSCHOLASTIC FEDERATION SOUTHERN SECTION*

1    Dated:  July 29, 2025                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2                                    By:   /s/

3                                    RANDALL S. LUSKEY (SBN 240915)

rluskey@paulweiss.com
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

JAY COHEN (*pro hac vice forthcoming*)
jaycohen@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

PAUL D. BRACHMAN (*pro hac vice forthcoming*)
pbrachman@paulweiss.com
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendant PLAYFLY, LLC*

MAYER BROWN LLP

By:   /s/

BRITT M. MILLER (*pro hac vice forthcoming*)
bmiller@mayerbrown.com
DANIEL FENSKE (*pro hac vice forthcoming*)
dfenske@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
CHRISTOPHER J. KELLY (SBN 276312)
cjkelly@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2025 -- Direct Dial
(650) 331-4525 -- Direct Facsimile

*Attorneys for Defendant SPECTRUM SPORTSNET, LLC*

STIPULATION FOR EXTENSION OF TIME                CASE NO. 3:25-CV-4603-LB

WEIL, GOTSHAL & MANGES LLP

By:    /s/

DAVID SINGH (SBN 300840)
David.Singh@weil.com
201 Red Shores Parkway
Redwood Shores, CA 94065
+1 650 802 3010 Direct
+1 650 802 3100 Fax

YEHUDAH BUCHWEITZ (*pro hac vice* forthcoming)
Yehudah.Buchweitz@weil.com
767 Fifth Avenue
New York, NY 10153
+1 212 310 8256 Direct
+1 212 310 8007 Fax

MEAGAN BELLSHAW (SBN 257875)
Meagan.Bellshaw@weil.com
2001 M Street NW, Suite 600
Washington, DC 20036
+1 202 682 7140 Direct
+1 202 857 0940 Fax

*Attorneys for Defendants 2080 MEDIA, Inc., VNN, INC.,
MAXPREPS INC, NFHS NETWORK, LLC, HUDDLE TICKETS,
LLC*

O'HAGAN MEYER

By:    /s/

DANA J. FINBERG (SBN 257459)
dfinberg@ohaganmeyer.com
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
T: 415.578.6902
F: 415.578.6910

*Attorneys for Defendant SBLIVE SPORTS, INC.*

1

2     THE TIDRICK LAW FIRM LLP

3     By:  ___/s/_____

4     Joel Benjamin Young (SBN 236662)
      jby@tidricklaw.com
5     1990 N. California Blvd., 8th Floor
      Walnut Creek, CA 94596
6     Tel: (510) 788-5100
      Fax: (510) 291-3226
7

8     SALAHI PC

9     By:  ___/s/_____

10    Yaman Salahi (SBN 288752)
      yaman@salahilaw.com
11    Nicole Cabañez (pro hac vice forthcoming)
      nicolec@salahilaw.com
12    505 Montgomery St., 11th Floor
      San Francisco, California 94111
13    Tel: (415) 236-2352

14    *Attorneys for Plaintiff and the Proposed Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME                        CASE NO. 3:25-CV-4603-LB
                                    7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:_____          _____
                                     The Honorable Laurel Beeler
                                     United States Magistrate Judge

1

## **ATTESTATION**

2

    I am the ECF user whose identification and password are being used to file the foregoing

3

Stipulation and [Proposed] Order for Extension of Time for Defendants to Respond to Complaint

4

and Plaintiff's to Respond to Any Motion Filed by Defendants in Response to the Complaint and

5

Defendants' Reply Pursuant to Civil Local Rules 6-1(b) and 6-2. Pursuant to Civil Local Rule 5-

6

1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted,

7

concur in this filing's content and have authorized such filing.

8

9

  Dated:  July 29,  2025                       _/s/ Daniel B. Asimow_       

10

                                         Daniel B. Asimow

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28