DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MEAGAN BELLSHAW (Bar No. 257875)
meagan.bellshaw@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600,
Washington, DC 20036
Telephone: (202) 682-7000

YEHUDAH BUCHWEITZ (*pro hac vice* pending)
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Defendants 2080 MEDIA, INC.,
HUDDLE TICKETS, LLC, NFHS NETWORK, LLC,
MAXPREPS, INC., and VNN MEDIA, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOMINIK CALHOUN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION, et al.,<br><br>    Defendants. | Case No. 3:25-cv-04603-LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. PROC. 7.1(a) & CIVIL LOCAL RULE 3-15**<br><br>Dept.: Courtroom B, 15th Floor<br>Judge: Honorable Laurel Beeler |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Civil Rule 3-15 of the Local Rules, the undersigned counsel of record for the following Defendants: 2080 Media, Inc. (d/b/a PlayOn! Sports), Huddle Tickets, LLC (d/b/a GoFan), NFHS Network, LLC, MaxPreps, Inc., and VNN, Inc.[1] (collectively, the "PlayOn Media Defendants") make the following disclosures on behalf of themselves. The PlayOn Media Defendants certify that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. 2080 Media, Inc. is a parent company of Huddle Tickets, LLC, NFHS Network, LLC, MaxPreps, Inc., and VNN Media, LLC. 2080 Media, Inc. is a wholly-owned subsidiary of Fast Break Parent, Inc. No other publicly held corporation or other person or entity owns a 10% or more direct equity interest in 2080 Media, Inc.

2. NFHS Network, LLC is a joint venture between 2080 Media, Inc. and NFHS Network Holdings Corporation. No other publicly held corporation or other person or entity owns a 10% or more direct equity interest in NFHS Network, LLC.

3. Huddle Tickets, LLC is a wholly-owned subsidiary of Omaha Parent, Inc., which is in turn a wholly-owned subsidiary of 2080 Media, Inc. No other publicly held corporation or other person or entity owns a 10% or more direct equity interest in Huddle Tickets, LLC.

4. MaxPreps, Inc. is a wholly-owned subsidiary of FuturePrep Media, LLC, which is in turn a wholly-owned subsidiary of 2080 Media, Inc. No other publicly held corporation or any other person or entity owns a 10% or more direct equity interest in MaxPreps, Inc.

5. VNN Media, LLC is a wholly-owned subsidiary of 2080 Media, Inc. No other publicly held corporation or any other person or entity owns a 10% or more direct equity interest in VNN Media, LLC.

Pursuant to Civil Rule 3-15, the undersigned also certifies that, as of this date, investment funds

---

[1] The named defendant, VNN, Inc. is a dissolved entity, and the applicable entity should be VNN Media, LLC.

sponsored by KKR & Co. Inc. and BIP Capital, LLC investment entities have a financial interest in the above-referenced parties to the proceeding.  The undersigned certifies that as of this date, there is no other interest or conflict to report.

Dated: August 6, 2025

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ David R. Singh
      DAVID R. SINGH

Counsel for Defendants 2080 MEDIA, INC. (d/b/a PlayOn! Sports), HUDDLE TICKETS, LLC (d/b/a GoFan), NFHS NETWORK, LLC, MAXPREPS, INC., and VNN MEDIA, LLC